UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**PIONEER STATE MUTUAL**
**INSURANCE COMPANY as insurer**
**for Airport Boulevard Associates**,

      Plaintiff,

v

**HDI GLOBAL INSURANCE,**
**ALLIANZ GLOBAL AND**
**SPECIALTY, MERCEDES BENZ,**
**USA, INC. and JOHN DOE**
**INSURANCE COMPANY**,

      Defendants.
_____/

Case No. 5:22-cv-11626

| | |
|---|---|
| RALPH M. REISINGER (P35645)<br>**REISINGER LAW FIRM, PLLC**<br>Attorney for Plaintiff<br>4131 Embassy Drive<br>Grand Rapids, MI 49546<br>(616) 323-3164<br>rreisinger@reisingerlaw.com | MICHELE A. CHAPNICK (P48716)<br>**GREGORY, MEYER &**<br>**CHAPNICK, P.C.**<br>Attorneys for Defendant HDI<br>340 E. Big Beaver Road, Ste. 520<br>Troy, MI  48083<br>(248) 689-3920/(248) 689-4560 – Fax<br>mchapnick@gregorylaw.com<br><br>SCOTT WING (ARDC No. 6298780)<br>HOWARD RANDELL (ARDC No. 6204957)<br>ROLAND S. KESKE (ARDC No. 6272522)<br>**LEAHY, EISENBERG &**<br>**FRAENKEL, LTD.**<br>Attorneys for Defendant HDI<br>33 West Monroe Street, Suite 1100<br>Chicago, Illinois 60603 |

(312) 368-4554/ Fax: (312) 368-4562
sw@lefltd.com
rsk@lefltd.com
hbr@lefltd.com

_____/

## NOTICE OF REMOVAL

**NOW COMES** Defendant, HDI Global Insurance Company ("HDI"), incorrectly identified as HDI Global Insurance, by and through its attorneys, LEAHY, EISENBERG & FRAENKEL, LTD. and GREGORY, MEYER & CHAPNICK, P.C., pursuant to the provisions of 28 U.S.C. §§1332, 1441 and 1446, hereby gives notice of the removal of this cause of action from State Court of Michigan in the 22nd Circuit Court for the County of Washtenaw to the United States District Court for the Eastern District of Michigan, and in support thereof states:

1. On June 14, 2022, Plaintiff, PIONEER STATE MUTUAL INSURANCE ("Pioneer State"), as Insurer for Airport Boulevard Associates, filed a civil action against "HDI Global Insurance, Allianz Global and Specialty Mercedes Benz, USA Inc. and John Doe Insurance Company" in the State Court of Michigan in the 22nd Circuit Court for the County of Washtenaw ("Michigan State Court") under Case No. 22-000695-NF ("State Court Action"). A true and accurate copy of the Complaint is attached hereto as **Exhibit 1**.

2. On or about June 14-15, 2022, the Michigan State Court issued a Summons to Defendant, HDI, and others. A true and accurate copy of the Summons is attached as **Exhibit 2**.

3. On or about June 22-23, 2022, the Michigan State Court issued an Amended Summons. Copies of the Amended Summons are attached hereto as **Exhibit 3**; see also State Court Docket, attached as **Exhibit 4**.

4. The Complaint, Summons and Amended Summons are the only pleadings that have been filed in the State Court Action. *See* **Exhibits 1-4**.

5. The documents attached hereto as **Exhibits 1 - Exhibit 3** constitute a copy of all of the process, pleadings, and orders "served" upon HDI as of July 14, 2022 and within the meaning of 28 U.S.C. § 1446(a).

6. This action is properly removed on the ground that the Notice of Removal is timely, there is complete diversity, no other Defendant has been joined or served, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

7. Venue lies in this Court pursuant to 28 U.S.C. §1441.

**THE PARTIES ARE COMPLETELY DIVERSE IN CITIZENSHIP**

8. Upon information and belief, Plaintiff, Pioneer, is a mutual insurance company organized and domiciled under the laws of Michigan and having its principal place of business in the State of Michigan.

3

9. Defendant, HDI, is a general business corporation organized under the laws of the State of Illinois.

10. HDI's principal place of business is in the State of Illinois. HDI's headquarters, including its main administrative office, executive offices, and home office, is located in Chicago, Illinois. HDI's headquarters in Illinois serves as the "nerve center" of operations for HDI. See **Exhibit 4**. Thus, HDI is a resident citizen of the State of Illinois. 28 U.S.C.§ 1332(c)(1).

11. Upon information and belief, Defendant Mercedes-Benz USA, LLC ("MBUSA") (*i.e.* incorrectly sued "MERCEDES BENZ, USA INC.") is a Delaware limited liability company with its principal place of business in the State of Georgia and is wholly owned by Daimler North America Corporation ("DNAC").

12. Upon information and belief, Daimler North America Corporation ("DNAC") is the sole member of MBUSA and is a Delaware corporation, with its business address in Montvale, New Jersey. DNAC is a subsidiary of Daimler International Nederland B.V. ("DINBV"), a foreign corporation.

13. Upon information and belief, DINBV is a subsidiary of Daimler AG, a publicly held German Aktiengesellschaft.

14. Upon information and belief, Allianz Global Corporate & Specialty (*i.e.* incorrectly sued as "Allianz Global And Specialty") is the trade name of Allianz Global Risks US Insurance Company ("Allianz") and is not a legal entity.

4

15. Upon information and belief, Allianz, is a subsidiary of Allianz of America, Inc. ("Allianz-America") and AGCS International Holdings BV ("AGCS"). Allianz-America is a non-governmental corporation, incorporated in Wilmington, Delaware. AGCS is a foreign holding company with its principal place of business in the Netherlands.

16. As set forth in 28 U.S.C. §1441(b)(1), "[i]n determining whether a civil action is removable on the basis of the jurisdiction under section 1332(a) of this title, the citizenship of defendants sued under fictitious names shall be disregarded." Thus, the citizenship of Defendant "John Doe Insurance Company" is not considered.

17. In light of the above, this Notice of Removal satisfies the requirements of 28 U.S.C. §1441(b)(2), as none of the Defendants is a citizen of Michigan.

## COMPLAINT AND AMOUNT IN CONTROVERSY

18. Plaintiff alleges two causes of action; Count I for "Reimbursement and Indemnification", and Count II, for "Allocation and Contribution – HDI Global Insurance" for alleged damages claimed to have resulted from a fire. *See* Exhibit 1, *passim.*

19. The Complaint alleges that Plaintiff made significant "payments for property damage…. in excess of Twenty-Five Thousand Dollars" *See* **Exhibit 1** ¶¶8, 11 and 15.

20. While the Complaint does not allege a specific amount of damages, Plaintiff's representatives have previously asserted alleged damages of $470,118,70. Thus, the State Court Action allegedly exceeds the $75,000.00 jurisdictional limit for federal diversity jurisdiction.

**HDI'S NOTICE OF REMOVAL IS TIMELY AS WITHIN 30 DAYS**

21. On or about June 14-15, 2022, the Michigan State Court issued a Summons to Defendant, HDI. *See* Exhibit 2; see also State Court Docket, attached as Exhibit 4.

22. On June 24, 2022, Plaintiff faxed, but did not formally serve, a copy of the Amended Summons and Complaint to Defendant, HDI. *See* Exhibit 3. Therefore, this Notice of Removal is filed within 30 days of the date of faxing the Summons and Complaint to HDI.

23. Defendant, HDI, has not filed an Appearance of Counsel in the State Court Lawsuit.

24. Upon information and belief, as of July 14, 2022, Co-Defendant, Allianz, has not been served. *See* **Exhibit 4**.

25. Upon information and belief, as of July 14, 2022, Co-Defendant, MBUSA, has not been served. *See* **Exhibit 4**.

26. There are no pending motions in the State Court Lawsuit. *See* **Exhibit 4**.

6

27. There is no pending deadline to respond to the Complaint as Defendant, HDI, has not been formally served in the State Court Action. *See* **Exhibit 4**.

28. This Notice of Removal and the other contemporaneous filings are HDI's first filings in this case.

29. Pursuant to 28 U.S.C. §1446(a), promptly after filing this Notice of Removal, HDI will give written notice to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the State Court of Michigan in the 22nd Circuit Court for the County of Washtenaw.

**WHEREFORE**, Defendant, HDI GLOBAL INSURANCE COMPANY, incorrectly identified as HDI Global Insurance, hereby removes this matter from the State Court of Michigan in the 22nd Circuit Court for the County of Washtenaw to the United States District Court for the Eastern District of Michigan, as provided by law, and this action should proceed as if it had originally been commenced in this Court.

Respectfully submitted,

/s/ Michele A. Chapnick
MICHELE A. CHAPNICK (P48716)
**GREGORY, MEYER & CHAPNICK, P.C.**
Attorneys for Defendant HDI
340 E. Big Beaver Road, Ste. 520
Troy, MI  48083
(248) 689-3920/(248) 689-4560 – Fax

Dated: July 15, 2022      mchapnick@gregorylaw.com

and

7

/s/ *Roland S. Keske*
Scott Wing (ARDC No. 6298780)
Howard Randell (ARDC No. 6204957)
Roland S. Keske (ARDC No. 6272522)
LEAHY, EISENBERG & FRAENKEL, LTD.
33 West Monroe Street, Suite 1100
Chicago, Illinois 60603
Tel.: (312) 368-4554/Fax: (312) 368-4562
Email: sw@lefltd.com
       rsk@lefltd.com
       hbr@lefltd.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system and I hereby certify that I have emailed and mailed by United States Postal Service the paper to the following non-ECF participants:

| | |
|---|---|
| RALPH M. REISINGER (P35645)<br>**REISINGER LAW FIRM, PLLC**<br>Attorney for Plaintiff<br>4131 Embassy Drive<br>Grand Rapids, MI 49546<br>rreisinger@reisingerlaw.com | Washtenaw County Circuit Court – by Efiling through the Court's MiFile/TrueFiling system on July 15, 2022 |
| | /s/ Michele A. Chapnick<br>MICHELE A. CHAPNICK (P48716)<br>**GREGORY, MEYER & CHAPNICK, P.C.**<br>Attorneys for Defendant HDI<br>340 E. Big Beaver Road, Ste. 520<br>Troy, MI  48083<br>(248) 689-3920/(248) 689-4560 – Fax<br>mchapnick@gregorylaw.com |

8