# Exhibit 1

## STATE OF MICHIGAN

### IN THE 22nd Circuit Court for the County of Washtenaw
101 E. Huron St, P.O. Box 8645 Ann Arbor, MI 48017-8645

Pioneer State Mutual Insurance Company as insurer for
Airport Boulevard Associates

        Plaintiff,

-vs-

HDI Global Insurance, Allianz
Global and Specialty Mercedes Benz, USA Inc
and John Doe Insurance Company

Defendants.

22-000695-NF
Case No: 22-      NZ

HON. JUDGE CAROL KUHNKE

RALPH M. REISINGER (P35645)
**Reisinger Law Firm, PLLC**
Attorney for Plaintiff
4131 Embassy Drive
Grand Rapids, Michigan 49546
616.323-3164

## COMPLAINT

There is no other civil action between these parties arising out of the same
transaction or occurrence as alleged in this Complaint pending in this Court

NOW COMES Pioneer Mutual Insurance Company (Pioneer) as the insurer of Airport Boulevard Associates, by and through its attorney, **Reisinger Law Firm, PLLC**, and in support of its Complaint states as follows:

1. Plaintiff Pioneer State Mutual Insurance Company (Pioneer) is an insurance carrier licensed to do and doing business in the State of Michigan.

2. Defendant Mercedes Benz USA (Mercedes) is a foreign Corporation doing business in Michigan.

3. Defendant HDI Global is a foreign Corporation and insurer for Mercedes Benz USA, Inc.

4. Defendant Allianz Global and Specialty is a Foreign Insurance Carrier and Adjusting company and agent and representative of Mercedes in adjusting the loss which is the subject matter of this litigation.

5. John Doe Insurance Company is or may be the Auto Carrier for Mercedes relating to this loss. Defendants have failed and refused to identify the insurance carrier for the Automobile involved in this accident.

6. That the events which are the subject matter of this litigation occurred at 806 Airport Blvd, Ann Arbor MI 48108 Premises Building 1

7. That Plaintiff has made a claim for reimbursement and sought information regarding the No-Fault Carrier for the Motor Vehicle involved in the Fire loss from Allianz and Alliance has refused to identify the no fault carrier involved.

8. That the amount at issue is in excess of Twenty-Five Thousand Dollars and Venue is Proper in this Court.

## REIMBURSMENT AND INDEMNIFICATION

This Plaintiff hereby incorporates by reference and re-alleges, as though fully set forth herein, its allegations contained in Paragraphs 1 - 8 above.

9. That on or about July 23, 2021 an employee of Mercedes caused an ignition of gasoline Incident to testing of the vehicle.

10. That Mercedes testing was operating a research and development facility at 805 Airport Blvd, at the time of the fire and was not in the business of repairing maintaining servicing motor vehicles at the loss location, as those terms are used in the No-Fault Act..

11. As a consequence of the accident Pioineer made payments for property damage pursuant to MCL 500.3121.

12. That Pioneer is entitled to reimbursement from the carrier who insured the vehicle that was involved in the accident, pursuant to the terms of MCL 500.3127.

13. That one of the above named defendants is, upon information and belief the Motor Vehicle insurer for the vehicle involved in the fire.

Wherefore, Pioneer respectfully requests that this honorable court allow Pioneer to recover payments made up to the Statutory limit as required under the No Fault Act.

## ALLOCATION AND CONTRIBUTION
## HDI GLOBAL INSURANCE COMPANY

That Plaintiff hereby incorporates by reference and re-alleges, as though fully set forth herein, its allegations contained in Paragraphs 1 – 6 above.

14. That always relevant hereto HDI Global was the property insurance carrier for Mercedes at the loss location.

15. Pioneer made payment under a policy of insurance issued to its insured, Airport Boulevard Associates

16. That Pioneer is entitled to pro-rata recovery and allocation of loss with all policies of insurance providing coverage for the damages at 806 Airport Blvd. Ann Arbor MI 48108

6/24/22 10:06AM PDT '8776478276' -> 18186376015 Pg 7/10

Wherefore Pioneer requests that this Honorable Court allocate losses between available policies of insurance.

Respectfully submitted,

Dated: June 11, 2022

REISINGER LAW FIRM, PLLC
Attorney for Plaintiff

By: _____
Ralph M. Reisinger (P35645)
Business Address and Telephone:
4131 Embassy Drive
Grand Rapids, Michigan 49546
616.323-3161

STATE OF MICHIGAN

IN THE 22nd Circuit Court for the County of Washtenaw
101 E. Huron St. P.O. Box 8645 Ann Arbor, MI 48017-8645

Pioneer State Mutual Insurance Company as insurer for
Airport Boulevard Associates

              Plaintiff,              Case No: 22-000695 NZ

-vs-                                HON. Carol Kuhnke

HDI Global Insurance, Allianz
Global and Specialty Mercedes Benz, USA Inc
and John Doe Insurance Company

Defendants.

RALPH M. REISINGER (P35645)
Reisinger Law Firm, PLLC
Attorney for Plaintiff
4131 Embassy Drive
Grand Rapids, Michigan 49546
616.323-3164

## PLAINTIFF PIONNEES STATE MUTUAL INSURANCE COMPANIES FIRST INTERROGATORIES AND REQUESTS TO PRODUCE

NOW COMES Plaintiff by and through its attorney, Reisinger Law Firm PLLC and in accordance with MCR 2.309, 2.310 and 2.312 submits the following Interrogatories requests for production of documents to be answered by Defendants in writing and under oath within twenty-eight (28) days.

    The information sought must be given whether secured by you, your agent, your representative or attorney, or any other person who has made this knowledge known to you or from whom you can get this information and who is competent to testify to the facts stated.

These Interrogatories shall be deemed continuing. Supplemental answers shall be required immediately upon receipt thereof if the Plaintiff, directly or indirectly, obtains further or different information from the answers given hereto. Plaintiff's responses to the requests should be made to the office of Reisinger Law Firm PLLC, 4131 Embassy Drive Grand Rapids, Michigan 49546, within 28 days after service of these discovery requests pursuant to MCR 2.312, of the Michigan Court Rules. These requests shall be deemed to be continuing so as to require immediate supplemental answers of Plaintiff their attorneys, employees, representatives, or others on Plaintiff's behalf obtain any further information of any kind whatsoever between the time answers are served and the

## DEFINITIONS

<u>PLAINTIFF</u> -- As used herein shell refer to Pioneer State Mutual Insurance Company

<u>DEFENDANTS</u>- As used herein shall refer to HDI Global Insurance, Allianz Global And specialty and Mercedes Benz USA

<u>DOCUMENTS</u> – As used herein means any written or electronic record

<u>THE LOSS LOCATION</u> -- As used herein shall refer to the Mercedes Research Center at 806 Airport Boulevard Building 1 Ann Arbor Michigan 48108

## INTERROGATORIES

1. Please identify the individual responding to these Interrogatories and Request for Production of Documents, including name, address, telephone number, and the capacity in which this individual is responding.
ANSWER:

2. Please provide the names of any Insurance Carriers that provided or Property Insurance benefits for the Loss Location on July 23, 2021

ANSWER:

3. Please provide the name of Auto Insurance Carrier who provided Insurance Coverage for Motor Vehicles present at the loss location on July 23, 2021

ANSWER:

### REQUSTS FOR PRODUCTION OF DOCUMENTS

1. Please Provide Copies of the Declaration Pages of any Liability, Property or Automobile Insurance issued by the carriers identified in response to Interrogatory number 3.

ANSWER:

2. Please provide a Complete Copy of any Liability or Property Insurance Policy in place at the loss location on July 23 2021.

ANSWER:

June 20, 2021

Ralph M. Reisinger (P35945)
4131 Embassy Drive
Grand Rapids, MI 49546
(616) 323-3146