UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Pioneer Mutual Insurance Company as insurer for
Airport Boulevard Associates

        Plaintiff,                            Case No: 5:22-cv-11626

-vs-                                            HON. Nancy G. Edmunds

Mercedes Benz Research and Development N.A.
Inc, HDI Global Insurance, Allianz Global Risks US
Insurance Company, and John Doe
Insurance Company
        Defendants.

---

| | |
|---|---|
| RALPH M. REISINGER (P35645)<br>**Reisinger Law Firm, PLLC**<br>Attorney for Plaintiff<br>4131 Embassy Drive<br>Grand Rapids, Michigan 49546<br>616.323-3164 | Michele A. Chapnick (P48716)<br>**Gregory, Meyer & Chapnick, P.C.**<br>Attorneys for Defendant HDI<br>340 E. Big Beaver Road, Ste 520<br>Troy, MI 48083<br>mchpnick@gregorylaw.com<br><br>Scott Sing (ARDC No. 6298780)<br>Howard Randell (ARDC No. 6204957)<br>Roland S. Keske (ARDC No. 6204957)<br>**LEAHY, EISENBERG & FRAENKEL**<br>Attorneys for Defendant HDI<br>33 West Monroe Street, Suite 1100<br>Chicago IL 60603<br>(312) 368-4554 |

## FIRST AMENDED COMPLAINT

NOW COMES Pioneer Mutual Insurance Company (Pioneer) as the insurer of Airport Boulevard Associates, by and through its attorney, **Reisinger Law Firm, PLLC**, and in support of its Complaint states as follows:

1. Plaintiff Pioneer Mutual Insurance Company (Pioneer) is an insurance carrier licensed to do and doing business in the State of Michigan.

2. Defendant Mercedes Benz Research and Development N.A. Inc (Mercedes) is a foreign Corporation doing business in Michigan.

3. Defendant HDI Global is a foreign Corporation and insurer for Mercedes

4. Defendant Allianz Global Risks US Insurance Company is a Foreign Insurance Carrier, previously mis-identified as Allianz Global and Specialty Services the adjustment arm of Alilanz Global Risks US Insurance Company

5. John Doe Insurance Company is or may be the Auto Carrier for Mercedes relating to this loss.  Defendants have failed and refused to identify the insurance carrier for the Automobile involved in this accident.

6. That the events which are the subject matter of this litigation occurred at 806 Airport Blvd, Ann Arbor MI 48108 Premises Building 1

7. That Plaintiff has made a claim for reimbursement and sought information regarding the No-Fault Carrier for the Motor Vehicle involved in the Fire loss from Allianz and Alliance has refused to identify the no fault carrier involved, or acknowledge if it is the carrier.

8. That the amount at issue is in excess of One Million Dollars and Venue is Proper in this Court.

## REIMBURSMENT AND INDEMNIFICATION

This Plaintiff hereby incorporates by reference and re-alleges, as though fully set forth herein, its allegations contained in Paragraphs 1 - 8 above.

9. That on or about July 23, 2021 an employee of Mercedes caused an ignition of gasoline

Incident to testing of the vehicle.

10. That Mercedes was not a repair facility at the time of this loss.

11. As a consequence of the accident Pioineer made payments for property damage pursuant to MCL 500.3121 in an amount in excess of 1,000,000

14. That Pioneer is entitled to reimbursement from the carrier who insured the vehicle that was involved in the accident, pursuant to the terms of MCL 500.3127.

15. That one of the above named defendants is, upon information and belief the Motor Vehicle insurer for the vehicle involved in the fire.

Wherefore, Pioneer respectfully requests that this honorable court allow Pioneer to recover payments made up to the Statutory limit as required under the No Fault Act.

## ALLOCATION AND CONTRIBUTION
## HDI GLOBAL INSURANCE COMPANY

That Plaintiff hereby incorporates by reference and re-alleges, as though fully set forth herein, its allegations contained in Paragraphs 1 – 6 above.

7. That always relevant hereto HDI Global was the property insurance carrier for Mercedes at the loss location.

9. Pioneer made payment under a policy of insurance issued to its insured, Airport Boulevard Associates

10. That Pioneer is entitled to pro-rata recovery and allocation of loss with all policies of insurance providing coverage for the damages at 806 Airport Blvd. Ann Arbor MI 48108

Wherefore Pioneer requests that this Honorable Court allocate losses between available policies of insurance.

Respectfully submitted,

**REISINGER LAW FIRM, PLLC**

Attorney for Plaintiff

By: _____
Ralph M. Reisinger (P35645)
Business Address and Telephone:
4131 Embassy Drive
Grand Rapids, Michigan 49546
616.323-3161