UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PIONEER STATE MUTUAL
INSURANCE COMPANY,

       Plaintiff,                                            No. 22-11626

v.

                                                          Honorable Nancy G. Edmunds

MERCEDES BENZ RESEARCH AND
DEVELOPMENT N.A. INC. and
ALLIANZ GLOBAL RISKS US
INSURANCE COMPANY,

       Defendants.
_____/

## JUDGMENT

In accordance with the Court's opinion and order entered this date,

IT IS ORDERED AND ADJUDGED that judgment is hereby GRANTED in favor of Defendants Mercedes and Allianz, and this case is DISMISSED.

       SO ORDERED.

                                             s/Nancy G. Edmunds
                                             Nancy G. Edmunds
                                             United States District Judge

Dated: March 27, 2024

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 27, 2024, by electronic and/or ordinary mail.

                                             s/Lisa Bartlett
                                             Case Manager