UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

PIONEER STATE MUTUAL INSURANCE
COMPANY

        Plaintiff(s),

v. MERCEDES BANZ RESEARCH AND
DEVELOPMENT N.A. INC. and ALLIANZ
GLOBAL RISKS US INSUIRANCE COMPANY

        Defendant(s).

Case No. 22-11626

Nancy G. Edmunds

## NOTICE OF APPEAL

Notice is hereby given that PIONEER STATE MUTUAL INSURANCE COMPANY appeals to the United States Court of Appeals for the Sixth Circuit from the: ☑ Judgment ☐ Order

☐ Other: _____

entered in this action on March 27, 2024.

Date: April 12, 2024

Counsel is: RETAINED

/s/ Ralph M. Reisinger

Ralph M. Reisinger (P35645)
Reisinger Law Firm PLLC
4131 Embassy Drive
Grand Rapids, MI 49546
616-323-3146
rreisinger@reisingerlaw.com

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $605.00 check payable to: Clerk, U.S. District Court.