UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

PIONEER MUTUAL INSURANCE
COMPANY AS INSURER FOR
AIRPORT BOULEVARD ASSOCIATES,

    Plaintiff,

v.

MERCEDES BENZ RESEARCH AND
DEVELOPMENT N.A., INC., HDI
GLOBAL INSURANCE, ALLIANZ
GLOBAL RISKS US INSURANCE
COMPANY, AND JOHN DOE
INSURANCE COMPANY

    Defendants.
_____/

Case Number: 5:22-CV-11626

Hon. Nancy G. Edmunds

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court upon the stipulation of the Parties, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiff Pioneer Mutual Insurance Company's, as insurer for Airport Boulevard Associates, causes of action against Mercedes-Benz Research and Development N.A., Inc. are dismissed with prejudice with each party to bear its own attorney fees and costs.

This is a FINAL order and hereby closes the case.

**IT IS SO ORDERED.**

Dated: April 11, 2025

s/Nancy G. Edmunds
Hon. Nancy G. Edmunds
United States District Judge

**STIPULATED:**

RALPH LAW FIRM, PLLC

*/s/Ralph M. Reisinger*
Ralph M. Reisinger (P35645)
*Attorneys for Plaintiff*

CLARK HILL PLC

*/s/Anthony A. Agosta*
Anthony A. Agosta (P57355)
*Attorneys for Defendant MBRDNA*